**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| VANESTA A. FISHER, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CHRISTUS HEALTH SOUTHEAST TEXAS, : <br> a/k/a and d/b/a CHRISTUS ST. MARY'S : <br> HOSPITAL (formerly identified as "SISTERS : <br> OF CHARITY OF THE INCARNATE : <br> WORD"), : <br> : <br> Defendant. : | CASE NO. 1:04-CV-297 <br><br> JUDGE RON CLARK |

## FINAL JUDGMENT

This matter came on before the Court for trial by jury on August 1 - 3, 2005. The Plaintiff, Vanessa Fisher, was represented by Mr. Otto Hewitt, Esq. and Mr. Bruce Gregory, Esq. The Defendant, Christus Health Southeast Texas, a/k/a and d/b/a Christus St. Mary's Hospital, was represented by Mr. Larry Simmons, Esq. and Ms. Pamela Williams, Esq. All parties announced ready for trial. The Court submitted the questions of fact in the case to the jury. The Verdict of the Jury was in favor of Defendant. The Court accepts the verdict.

In accordance with the verdict of the jury, it is **ORDERED** that the Plaintiff, Vanessa Fisher, shall take nothing from her claims against the Defendant, Christus Health Southeast Texas a/k/a and d/b/a Christus St. Mary's Hospital, that costs be taxed against Plaintiff, and that all relief not specifically granted herein is **DENIED**.

This is a Final Judgment disposing of the claims of all parties and is appealable.

So **ORDERED** and **SIGNED** this **5** day of **August, 2005.**

_____
Ron Clark, United States District Judge